FILED

# UNITED STATES DISTRICT COURT

2022 JUN 28 PM 12: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

for the

Middle District of Florida

Jacksonville Division

EVIDENTIARY HEARING

MARIO Godhigh

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v- V. L. LEE

DEPARTMENT of CORR.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:22-cv-717-MMH-LLL

*(to be filled in by the Clerk's Office)*

JURY TRIAL REQUESTED

Legal Mail
Provided to Florida State Prison on 6/12/22 for mailing by MG

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MARIO Godhigh
All other names by which you have been known: NONE
ID Number: M28779
Current Institution: FSP
Address: P.O. BOX 800
BAiford fl 32083
City State Zip Code

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: FlORidA StAtE PRiSON
Job or Title *(if known)*
Shield Number
Employer
Address: P.O. BOX 800.
BAifORd fl 32083
City State Zip Code
☐ Individual capacity ☑ Official capacity

Defendant No. 2
Name: DEp. of. CoRR.
Job or Title *(if known)*
Shield Number
Employer
Address: 501 S. CALHOUHN STREET
TAllAhASSEE fl 32399
City State Zip Code
☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: V.L. LEE

Job or Title *(if known)*: CLASSIFICATION OFFICER

Shield Number:

Employer: FLORIDA STATE PRISON

Address: PO. BOX 800

RAIFORD, FL 32399

City State Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

dEpRiVEd of LibErty

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Florida State Prison B-Wing B-1113 Low

NoLATER then 9:00 AM That's when I WAS RELEASED off DC to AC

STATUS 3dAYS LATE. which Violated

## VII. Exhaustion of Administrative Remedies Administrative Procedures

My CONSTITUTION RIGHTS FOR holding

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." ME ON DC LONGER then I WASN't

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. SUPPOSE to do. HAS EVIDENCE

U.S. COURTS HAS MY EVIDENCE COURTS

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

GET VIDEO FOOTAGES to do This COURTS U.S. US COURTS CONTACT All officials HERE

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). At FSP CLASSIFICATION D.O.C. to REMOVE ME

FSP. B-1113 Single off CM.

RELIEF SINCE MY RIGHTS

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

BEEN Violated And its ON CAMERAS And Audios PLAINTIFF WANT EMERGENCY IMMEDIATELY RELEASE FROM

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

CM CONFINEMENT PLAINTIFF dont HAVE ANY PENDING CHARGES AGAINST him

If yes, which claim(s)? PLAINTIFF WANT to BE COMPENSATED. FOR DAMAGES.

didn't Got RESPONSES what this PRISON do when I Got them They do MAKE RESPONSES back to ME but what they do would TRY to do THEIR JOB

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

B-1113 Single

2. What did you claim in your grievance?

On how I suppose to got all my credits from time DR. was written and my release date suppose to be on 6-17-22. And I'm being held pass my date but

3. What was the result, if any?

No

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

was let off DC status on 06-17-2022- but was release 6-21-22

C. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 2, 2022.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WENT TO DR- HEARING ON AN DR. THAT WAS WRITTEN AGAINST ME I WAS SENTENCE TO 15 DC CONFINEMENT DAYS- WITH 15 DAY LOST OF GAINTIME ON DR- THAT WAS WRITTEN AGAINST ME WITHOUT ANY EVIDENCE TO FIND ME GUILTY-

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. YES FALSE DISCIPLINARY, REPORTS- WHICH IS AN INJURY WRITING FALSE REPORTS TO KEEP PLAINTIFF IN CONFINEMENT.

VI. **Relief** YES JUDGE HELP ME REQUEST FOR VIDEO FOOTAGES SHOW TO SUPERS

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. DR. WAS WRITTEN ON ME ON ON 6-2-22. I WENT TO THE HEARING ON 6-10-22- I SUPPOSE GOT CREDITIS FOR ALL THE DAYS SINCE DR. WAS WRITTEN UP. 15 DAYS ENDED ON 6-17-22 CAMERAS WOULD SHOW THAT PLAINTIFF WAS RELEASED ON 6-21-22- APPROX- TIME 7:00 →

PlAintiff WANT to be COMPENSATED for The AMOUNT AWARded to him

PlAintiff Would SETTlE OUT. US. COURTS

F. If you did not file a grievance: CONTACT THE WARDEN my

1. If there are any reasons why you did not file a grievance, state them here:

ClASSification officer which Im TEAM #9 MR. V.L. LEE

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

TO REMOVE ME off CM NOW EMERGENCY this WAS RETALIATIONS. THATS why plaintiff WASNT lET OUT ON HIS EXACT date 6-17-22.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

- [x] Yes
- [ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

US DiSTRICT COURT Middle DISTRICT Of FLORIDA JACKSONVILLE DIVISION

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[✓] Yes

[ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARio Godhigh
   Defendant(s) SERGEANT TYRE

2. Court *(if federal court, name the district; if state court, name the county and State)*
   US DisTRict Court

3. Docket or index number
   3:22-CV-00435-MMH-PDB

4. Name of Judge assigned to your case
   MARCIA MORALES HowARd

5. Approximate date of filing lawsuit
   04/21/2022

6. Is the case still pending?

   [ ] Yes

   [✓] No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed without prEJudicE

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) MARIO Godhigh

   Defendant(s) SERGEANT TYBE

2. Court *(if federal court, name the district; if state court, name the county and State)*

   US DistRict CouRt

3. Docket or index number

   [illegible] 04/26/2022

4. Name of Judge assigned to your case

   MARCIA MORALES HOWARd

5. Approximate date of filing lawsuit

   04/26/2022.

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissEd without pREJudicE

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-22-22

Signature of Plaintiff Mario Godhigh

Printed Name of Plaintiff MARIO GODHIGH

Prison Identification # M28779

Prison Address P.O. BOX 800

RAIFORD fl 32083

*City* *State* *Zip Code*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address